## James Robert RICE, Petitioner–Appellant,

v.

## Dan L. DOVE, Warden of FCI, Edgefield; United States of America, Respondents–Appellees.

### No. 02–6222.

United States Court of Appeals, Fourth Circuit.

Submitted July 9, 2002.

Decided July 18, 2002.

Melisa W. Gay, Mount Pleasant, South Carolina, for Appellant. J. Strom Thurmond, Jr., United States Attorney, Barbara M. Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James Robert Rice appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rice v. Dove*, No. CA–01–507–9–23 (D.S.C. Jan. 17, 2002); *see also San–Miguel v. Dove*, 291 F.3d 257 (4th Cir.2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*